United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY M. HAYNES,

         Plaintiff,

    v.

STATE BAR OF CALIFORNIA, et al.,

         Defendants.

Case No.  25-cv-08641-LJC

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

Plaintiff Haynes filed this action on October 6, 2025.  ECF No. 1.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's last day to complete service on Defendants or to file a motion for administrative relief from the service deadline was January 5, 2026.  The docket does not indicate that the summons have been issued, that Plaintiff has completed service, or that Defendants waived service of summons.  No party has consented to magistrate judge jurisdiction.  *See* Nos. 3, 5, 6, 7.  No party filed a case management statement in advance of the January 8, 2026, Initial Case Management Conference.  Plaintiff did not appear at the Case Management Conference, request a continuance of the Case Management Conference, or otherwise inform the Court of his inability to attend the Case Management Conference.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  The service deadline may be extended upon a showing of good cause.  *Id.*  In the present action, the 90-day deadline for completing service has passed, and no showing of good cause has been made to extend the deadline.  Moreover, courts may dismiss actions *sua sponte* when the plaintiff fails to prosecute or comply with a court order.  *See* Fed. R. Civ. P. 41(b); *McKeever v. Block*, 932

F.2d 795, 797 (9th Cir. 1991).  There is no indication that Plaintiff has taken steps to prosecute this action, and Plaintiff has failed to comply with the Court's initial case management scheduling order.  ECF No. 2.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed without prejudice for failure to timely complete service of process and for failure to prosecute by filing a reply to this Order no later than January 29, 2026.  Plaintiff's failure to respond to this Order by the deadline may result in a report and recommendation by the undersigned that this case be dismiss for failure to prosecute.

The undersigned encourages Plaintiff to access the Northern District of California's resources for pro se litigants.  These resources are available online at: https://cand.uscourts.gov/representing-yourself.  Plaintiff may also request free legal assistance from the Legal Help Center by emailing fedpro@sfbar.org or by calling (415) 782-8982.

**IT IS SO ORDERED.**

Dated: January 12, 2026

_____

LISA J. CISNEROS
United States Magistrate Judge