UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY M. HAYNES,

Plaintiff,

v.

STATE BAR OF CALIFORNIA, et al.,

Defendants.

Case No.  25-cv-08641-LJC

**ORDER EXTENDING SERVICE DEADLINE; SETTING CASE MANAGEMENT CONFERENCE**

Before the Court is Plaintiff's response to the Order to Show Cause.  ECF No. 10.  Based on Plaintiff's representations that he has experienced medical difficulties and needs additional time to obtain representation, and in light of Plaintiff's pro se status, the Court determines that there is good cause to extend Plaintiff's deadline to serve Defendants.  *See* Fed. R. Civ. P. 4(m). The service deadline is extended from January 4, 2026 to March 5, 2026.  A Case Management Conference is hereby set for April 9, 2026.  The undersigned encourages Plaintiff to access the Northern District of California's resources for pro se litigants, available online at: https://cand.uscourts.gov/representing-yourself.  Plaintiff may also request free legal assistance from the Legal Help Center by emailing fedpro@sfbar.org or by calling (415) 782-8982. Information on how to register as an e-filer are available under the "CM/ECF Registration Instructions for Pro Se Litigants" tab at: https://cand.uscourts.gov/cases-e-filing/cmecf-information/setting-your-cmecf-account.

**IT IS SO ORDERED.**

Dated: February 3, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge