UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY M. HAYNES,

Plaintiff,

v.

STATE BAR OF CALIFORNIA, et al.,

Defendants.

Case No. 25-cv-08641-JST

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE LATE OPPOSITION**

Re: ECF No. 75

Plaintiff Gregory M. Haynes's opposition to the State Bar Defendants' motion to dismiss was due on May 26, 2026, and the State Bar Defendants' reply was due on June 1, 2026. ECF No. 71. Haynes filed his opposition two days late, on May 28, 2026, and then filed a motion for leave to file a late opposition, with a proposed late opposition brief attached, the following day. ECF Nos. 72, 75.

Although the deadline to oppose Haynes's motion to file a late opposition has not yet passed, the State Bar Defendants filed a reply brief that has responded to the opposition brief Haynes filed on May 28. ECF No. 74. The reply was filed on June 2, 2026, one day after the deadline.

Haynes represents that the brief attached to his motion "has no substan[tive] changes to the [brief] submitted on May 28, 2026." ECF No. 75 at 2. The Court's review of the two documents confirms that they appear to be the same, except that the document filed on May 28, 2026, lists April 21, 2026, as the signature date, ECF No. 72 at 26, while the brief attached to Haynes's motion lists May 29, 2026, ECF No. 73-1 at 26.

Because the State Bar Defendants have already responded to Haynes's arguments in opposition, the Court finds no prejudice to allowing the filing of the late opposition. Haynes's

motion to file a late opposition is therefore granted.

Although the State Bar Defendants have not asked the Court for permission to file a late reply, the Court will also accept that filing. The State Bar Defendants' one-day delay is reasonable because Haynes's opposition was filed two days late.

**IT IS SO ORDERED.**

Dated: June 3, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California